1066

[No. 6161–2–III. Division Three. October 10, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
JEFFREY CODY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant
County, No. 83–1–00088–5, Clinton J. Merritt, J., entered
October 28, 1983. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by McInturff and Thompson, JJ.

[No. 7192–4–II. Division Two. October 11, 1985.]

LIBERTY FINANCE COMPANY, *Appellant,* v. CELTIC LIFE
INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–2–03435–1, William L. Brown, Jr., J.,
entered July 1, 1983. *Affirmed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Alexander, JJ.